No. 538. DAVAULT ET AL. *v.* ERICKSON. District Court of Appeal, 4th Appellate District, of California. Certiorari denied. *Eugene W. Miller* for petitioners.

No. 540. ESTATE OF THORP ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. C. A. 3d. Certiorari denied. *W. Denning Stewart* and *Charles M. Thorp, Jr.* for petitioners. *Solicitor General Perlman, Assistant Attorney General Caudle, Sewall Key, Lee A. Jackson* and *Morton K. Rothschild* for respondent.

No. 543. WALLACE, DOING BUSINESS AS WALLACE NOVELTY CO., *v.* CITY OF CARTERSVILLE ET AL. Supreme Court of Georgia. Certiorari denied. *Jefferson L. Davis* for petitioner. *Croom Partridge* for respondents.

No. 546. STEELE ET AL., EXECUTORS, ET AL. *v.* GUARANTY TRUST COMPANY OF NEW YORK. C. C. A. 2d. Certiorari denied. *Meyer Abrams* for petitioners. *Ralph M. Carson* and *Francis W. Phillips* for respondent.

No. 547. POAGUE *v.* BUTTE COPPER & ZINC Co. C. C. A. 9th. Certiorari denied. *Lowndes Maury* and *Earle N. Genzberger* for petitioner. *D. M. Kelly* and *John C. Hauck* for respondent.

No. 548. FLEMING ET AL., TRUSTEES, *v.* HUSTED. C. C. A. 8th. Certiorari denied. *Ralph L. Read* and *Alden B. Howland* for petitioners. *Tom Davis, Carl Yaeger* and *Walter F. Maley* for respondent.